IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

HANH NGUYEN AND
NHON NGUYEN,

     Petitioners,

v.

HUONG HUYNH,

     Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D17-1504

Opinion filed May 31, 2017.

Petition for Writ of Certiorari -- Original Jurisdiction.

Preston H. Oughton, Jacksonville, for Petitioners.

No appearance for Respondent.

PER CURIAM.

     DISMISSED. See generally Augustin v. Blount, 573 So. 2d 104, 105 (Fla. 1st DCA 1991) ("If claimant is unwilling or unable to amend his claim to correct the defects raised in the motion to dismiss, his proper course is to so advise the [trial judge] and request entry of a final order of dismissal with prejudice which may be appealed.").

WOLF, RAY, and BILBREY, JJ., CONCUR.